UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------     x

NAOMI JOHANNES,  Individually and on behalf of her
infant grandchildren, SIMONE  DOMENICK and
BRANDYN AGUILAR,

                                                        08 Civ  2384

Plaintiffs,                                            **<u>NOTICE OF</u>**
                                                        **<u>APPEARANCE</u>**

                        -against-

THE  ADMINISTRATION  FOR  CHILDREN'S  SERVICES,
JOHN MATTINGLY, individually and  as Commissioner,  et al,

                                   Defendants.


         PLEASE BE ADVISED that the undersigned hereby appears in this action in behalf of

Defendants The Administration for Childrens' Services, John Mattingly and the City of New

York, and demands that all papers and proceedings be served upon him.

Dated: New York, NY
         April 7, 2008

                                       Yours, etc.
                                       MICHAEL A. CARDOZO
                                       Corporation Counsel of the City
                                            of New York,
                                       100 Church Street,
                                       Room 2-106
                                       New York, NY 10007
                                       By:


                                       _____s//JIL_____
                                       Jesse I. Levine (8829)
                                       (212) 442-3327

To: Alfred A. Johannes,Esq.
       Amy Abramowitz, Esq.