UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Original Filed by ECF

------------------------------------------------------------------------x
NAOMI JOHANNES, individually and on behalf
of her infant grandchildren, SIMONE DOMENICK
and BRANDYN AGUILAR,

**Notice of Appearance**

                Plaintiffs,

08 Civ. 2384 (PAC)(RLE)

       -against-

THE ADMINISTRATION FOR CHILDREN'S
SERVICES, JOHN MATTINGLY, individually
and as Commissioner of the Administration for
Children's Services, BERTINA CAPIUANO,
individually and as the ACS Bronx County Borough
Director, OMO ESERE, individually and as ACS
supervisor, DOROTHY L. BAKER, individually
and as ACS Supervisor, SHARON SIMMONS,
individually and as ACS case worker, THE CATHOLIC
GUARDIAN SOCIETY, the CITY OF NEW YORK
and the STATE OF NEW YORK,
                     Defendants.
------------------------------------------------------------------------x

      PLEASE TAKE NOTICE that the undersigned appears in this action on behalf of

defendant the State of New York.

Dated:   New York, New York
          April 7, 2008

                                      ANDREW M. CUOMO
                                      Attorney General of the State of New York
                                      Attorney for State Defendant
                                      By:
                                         /s/
                                      _____
                                      AMY L. ABRAMOWITZ (5169)
                                      Assistant Attorney General
                                      120 Broadway, 24th Floor
                                      New York, New York 10271
                                      (212) 416-8599

To:      Alfredo a Johannes
Attorney for Plaintiff
333 East 45th Street
12c
New York, NY 10017
(347) 495-6437


MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
Attorney for City Defendants
100 Church Street
New York, NY 1007

Jesse Levine
Of Counsel
(212) 442-3329