**ALFREDO a JOHANNES, ESQ.**
ATTORNEY AND COUNSELOR AT LAW

333 EAST 43RD STREET – SUITE 12C ♦ NEW YORK, NEW YORK 10017 ♦ (347) 495-6437 ♦ FAX (718) 659-5171

April 28, 2008

Hon. Judge Crotty
United States District Court
Southern District of New Yokr
VIA ECF

Re: Case No. 08CV2384
Notice of Withdrawal

Dear Hon. Judge Crotty:

I had some difficulty filing the attached Notice of Withdrawal via ECF. I trust that this attempt to file will be successful.

I thank you very much for your kind consideration.

Respectfully submitted

_____
Alfredo a Johannes

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
NAOMI JOHANNES, individually and on behalf of her infant grandchildren, SIMONE DOMENICK and BRANDYN AGUILAR,

                              Plaintiffs,

          -against-

THE ADMISTRATION FOR CHILDREN'S SERVICES, JOHN MATTINGLY, individually and as Commissioner of the Administration for Children's Services, BERTINA CAPIUANO, individually and as the ACS Bronx County Borough Director, OMO ESERE, individually and as a ACS supervisor, DOROTHY L. BAKER, individually and as ACS Supervisor, SHARON SIMMONS, individually and as ACS caseworker, THE CATHOLIC GUARDIAN SOCIETY, the CITY OF NEW YORK and the STATE OF NEW YORK,

                              Defendants.

------------------------------------------------------------------X

JUDGE CROTTY

## 08 CV 2384

NOTICE OF WITHDRAWAL OF COMPLAINT

      Alfredo a Johannes, Esq., an attorney duly admitted to practice before the United State District Court - Southern District of New York, respectfully certifies as follows:

      I am the attorney for the Plaintiffs, am fully familiar with the facts and circumstances surrounding this action and make this certification in support of Plaintiffs' Notice of Withdrawal of the Complaint.

      With the court's permission Plaintiffs, by counsel, respectfully request that this writing be accepted as a formal withdrawal of the above-entitled action.

      Based upon the recent developments in the Family Court action it now appears that the issues raised in this Federal action can be addressed in the Family Court and in the State's Appellate Division.

It is still Plaintiff's position, now, as it was in the complaint that abuses complained of are systemic. However, in terms of the action in the Family Court the very commencement of the Federal action curtailed those abuses, at least with respect to the Plaintiffs. Immediately after the commencement of the Federal action the Law Guardian called to make arrangements to see the infant Plaintiffs. She still has not actually seen the infants but at least she has taken a step in the right direction. The Family Court has granted Naomi Johannes permission to present expert witness (es) in her defense. The Family Court has also agreed to provide funds to secure those expert services. The Family Court also issued an order that now allows Naomi Johannes to visit with the infants at home, although Naomi Johannes still remains homeless.

I wish to thank the Court for all the consideration that has been afforded to Plaintiffs and to myself.

Certified: New York, New York
April 21, 2008

Respectfully submitted

_____
Alfredo a Johannes, Esq.

Office of the Attorney General
Of the State of New York
Amy Abramowitz, Esq.
Assistant Attorney General

Corporation Counsel of
The City of New York
Jessie Levine, Esq.,
Senior Counsel

David Lore, Esq.
Attorney for the Catholic Guardian Society